IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| WILLIAM ASHTON | § | |
| | § | |
| VS. | § | CIVIL NO. G-98-355 |
| | § | |
| CITY OF GALVESTON | § | |

### ORDER

This case hereby is administratively closed, pending settlement, without prejudice to any party to re-open the case within sixty (60) days from this date, for exceptional cause shown. IT IS SO ORDERED this 3rd day of August, 1998.

_____
SAMUEL B. KENT
UNITED STATES DISTRICT JUDGE